OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/8/2015

MATA, AMBROCIO    Tr. Ct. No. F-2013-0090-D WHC 2          WR-82,670-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

AMBROCIO MATA
MICHAEL UNIT - TDC # 1923324

Gorce Unit
Box 36
Huntsville, TX 77344